ACCEPTED
12-15-00138-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/14/2015 1:38:09 PM
Pam Estes
CLERK

## NO. 12-15-00138-CR

ON APPEAL FROM THE 123rd JUDICIAL DISTRICT COURT
SHELBY COUNTY, TEXAS
CAUSE NO. 2014-CR-19231

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/14/2015 1:38:09 PM
PAM ESTES
CLERK

| | | |
|---|---|---|
| **JUAN MERINO** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Juan Merino, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 123rd District Court of Shelby County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Juan Merino, and numbered 2014-CR-19231. Appellant was convicted of Aggravated Sexual Assault.

4. Appellant was assessed a sentence of Sixty (60) years in Texas Department of Criminal Justice Institutional Division on April 16, 2015.

5. Notice of appeal was given on April 23, 2015.

6. The clerk's record was filed on June 3, 2015 and a supplemental clerk's record was filed on June 29, 2015; the reporter's record was filed on July 14, 2015 and the reporter's exhibits were filed on July 15, 2015.

7. The appellate brief was presently due on October 14, 2015.

8. Appellant requests an extension of time of twenty (20) days from the current due date.

9. Two extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

The brief is complete excepting one point of error. Due to a recent stroke, Counsel is physically unable to sit at a computer for extended periods of time and would like a few extras days as to not neglect the final appeal point.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with opposing counsel who is not opposed to an extension.

*/s/John D. Reeves*

_____

John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 14th day of October, 2015 forwarded to State's Attorney, Kenneth B. Florence, Shelby County, by electronic service at shelbyda@sbcglobal.net.

*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Juan Merino